IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LEESIA BOZARTH                                                                    PLAINTIFF

v.                              No. 3:15-cv-162-DPM

CARE IMPROVEMENT PLUS                                                 DEFENDANT

JUDGMENT

Bozarth's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 August 2015